No. 89–450. TEXAS MEDICAL ASSN. ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 5th Cir. Motion of petitioners to strike brief of Blue Cross/Blue Shield of Texas, Inc., denied. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 89–595. RATELLE, WARDEN *v.* MARTIN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–650. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. *v.* HARRIS. C. A. 11th Cir. Certiorari denied.

JUSTICE BRENNAN, concurring.

I agree that respondent's lawyers rendered ineffective assistance of counsel in violation of the Sixth and Fourteenth Amendments. Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (dissenting opinion), I would hold that the State is precluded on remand from imposing a sentence of death.

No. 89–653. GAGLIARDI *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–654. DEAN *v.* JOHNSON ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–5158. ASH *v.* WILT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.